

**ORDERED in the Southern District of Florida on August 27, 2014.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                         Case No. 13-31744-BKC-LMI

MAURICIO ANGARITA,                                             Chapter 7

           Debtor.
_____/

### ORDER DENYING DEBTOR'S MOTION TO APPROVE LOAN MODIFICATION

THIS CAUSE came before the Court on August 25, 2014 upon Motion to Approve Loan Modification (ECF #58) filed by Creditor Nationstar Mortgage LLC. The Court has reviewed the Motion, the record, and all relevant matters. It is

**ORDERED as follows**:

1. The Motion to Approve Loan Modification is denied without prejudice for lack of prosecution.

###

Copies furnished to:
Alexander J Alfano, Esq.
Teresa Hair, Esq.

*The clerk of court shall serve a copy of this order upon all parties in interest.*