

**ORDERED in the Southern District of Florida on September 11, 2014.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

| | | |
|---|---|---|
| In Re: | ) | Case No. 13-31744-LMI |
| Maurico Angarita | ) | Chapter 7 |
| SSN. xxx-xx-3665 | ) | |
| | ) | |
| Debtor | ) | |
| _____ | ) | |

**ORDER VACATING DISCHARGE OF DEBTOR**

It has been brought to the attention of the court that a Discharge of Debtor was entered on behalf of the above referenced debtor on January 30, 2014 [ECF #46]. A review of the court file indicates that this case was reconverted back to chapter 7 on January 2, 2014 [ECF #36], the original deadlines under chapter 7 did not expire and debtor's discharge order was prematurely entered on January 30, 2014 [ECF #46]. Based on the record, it is

**ORDERED** that:

1. The Discharge of the Debtor entered on January 30, 2014 [ECF #46] is **VACATED;** and,

2.  The clerk's office is instructed to prepare and notice all parties of record the "Notice Resetting Discharge and Dischargeability Deadlines After Reconversion to Chapter 7"; and,

3.  This chapter 7 case shall continue to proceed in the normal course under the administration of trustee, Soneet Kapila.

###

c: All Parties of Record