**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:

                              Case No.  13-31744-LMI

Maurico Angarita                             Chapter 7
SSN: xxx-xx-3665
_____Debtor  /

## NOTICE RESETTING RELATED DEADLINES AFTER RECONVERSION TO A CASE UNDER CHAPTER 7

**In Accordance** with the Order Re-Converting Case Under Chapter 13 to Case Under Chapter 7 entered on January 2, 2014 [ECF #36], notice is hereby given that:

**1.** **November 12, 2014**, is established as the new deadline for any interested party to file a complaint objecting to discharge under 11 USC §727 and/or dischargeability of their debts under 11 USC §523.

2. The deadline for filing a proof of claim is not applicable.  This case has been designated as a no asset case and no claims bar date has been established at this time; and ,

**3**. **Soneet Kapila, Trustee**, POB 14213, Ft Lauderdale, FL 33302, (954) 761-8707, was appointed by the Office of the United States Trustee as the reconverted chapter 7 case trustee.

DATED:   September 12, 2014               KATHERINE GOULD FELDMAN
                                                             CLERK OF COURT

                                                             By Susan Gutierrez
copies furnished to:                            Senior Case Administrator
All Parties of Record