Case 13-31744-LMI    Doc 76    Filed 09/16/14    Page 1 of 2

ORDERED in the Southern District of Florida on September 16, 2014.



Laurel M. Isicoff, Judge
United States Bankruptcy Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:
Mauricio Angarita

     Debtor(s).

CASE NO. 13-31744-LMI
CHAPTER 7

_____/

### ORDER GRANTING EX PARTE
### MOTION TO APPROVE LOAN MODIFICATION (D.E. 66)

THIS matter is before the Court on NATIONSTAR MORTGAGE LLC's Ex Parte Motion to Approve Loan Modification (D.E. 66). The Court, having considered the motion and being otherwise filly advised in the premises, it is

ORDERED as follows:

1. The Ex Parte Motion to Approve Loan Modification filed by NATIONSTAR MORTGAGE LLC, its successors or assigns, is granted.

2. The loan modification is approved and the parties are ordered to comply with the terms of the agreement.

3. Any interested parties may object to this order with 14 days from the date of service of this order. If any interested party files such objection within this time period, the court will schedule the objection for hearing on notice the objecting party.

                              ###

Submitted by:
Teresa M. Hair
FLORIDA BAR NO. 44079
Ronald R Wolfe & Associates, P.L.
P.O. Box 25018
Tampa, Florida   33622-5018
Phone   (813) 251-4766
Fax   (813) 251-1541
bkatt@wolfelawfl.com

B14001379
Attorney Teresa Hair is directed to serve copies of this order on the parties listed below and file a certificate of service with the Court.

Mauricio Angarita
10750 NW 66th Street
Apt. 506
Doral, FL 33178

Alexander J Alfano, Esquire
2655 LeJeune Rd 4 Flr
Coral Gables, FL 33134

Soneet Kapila, Trustee
PO Box 14213
Ft. Lauderdale, FL 33302