Page: 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case Number: | 13-31744 LMI | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|
| Case Name: | MAURICIO ANGARITA | Filed (f) or Converted (c): | 09/11/13 (f) |
| | | §341(a) Meeting Date: | 10/18/13 |
| Period Ending: | 03/31/15 | Claims Bar Date: | |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 10750 NW 66th Street, Apt. 506, Doral, FL<br>EXEMPT | 172,890.00 | 0.00 | | 0.00 | FA |
| 2 | Spending Cash<br>PARTIALLY EXEMPT | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Citibank Checking Account - 9115789211<br>JOINT | 1,673.90 | Unknown | | 0.00 | Unknown |
| 4 | Dade County Federal Credit Union - Savings Accout | 2,037.29 | Unknown | | 0.00 | Unknown |
| 5 | Household goods and furnishings<br>EXEMPT | 800.00 | 0.00 | | 0.00 | FA |
| 6 | Personal Clothing<br>EXEMPT | 150.00 | 0.00 | | 0.00 | FA |
| 7 | 20% Interest in Business Ancolinks Corp. 10750 N | 0.00 | Unknown | | 0.00 | Unknown |
| 8 | BMW 528Xi<br>PARTIALLY EXEMPT | 25,950.00 | 0.00 | | 0.00 | FA |
| 9 | BMW 328i (Son's car) | 16,725.00 | Unknown | | 0.00 | Unknown |
| | **TOTALS** (Excluding Unknown Values) | **$220,326.19** | **$0.00** | | **$0.00** | **$0.00** |

**Major activities affecting case closing:**

CBD: NONE SET
TAX RETURN STATUS: NONE REQUIRED AT THIS TIME

CASE STATUS: THE TRUSTEE HIRED ZACH SHELOMITH, ESQ. TO INVESTIGATE THE DEBTOR'S FINANCIAL AFFAIRS.

**Initial Projected Date of Final Report (TFR):** December 31, 2015        **Current Projected Date of Final Report (TFR):** December 31, 2015